UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BERNADETTE ETIENNE,

    Plaintiff,

v.                                Case No.:  2:22-cv-64-JES-KCD

ALL SEASONS IN NAPLES, LLC
and OAKLAND MANAGEMENT
CORPORATION,

    Defendants.
_____/

# ORDER

    Because no counsel has appeared on Plaintiff's behalf, the Court assumes that she intends to proceed pro se. (Doc. 50.) Thus, the Court lifts the stay of the deadlines in the Case Management and Scheduling Order. (*See* Doc. 45.) The Clerk is **directed** to mail Plaintiff a copy of the Case Management and Scheduling Order (Doc. 45) along with this Order. Plaintiff is expected to comply with the deadlines and otherwise comply with the Local Rules and Federal Rules of Civil Procedure.

**ORDERED** in Fort Myers, Florida this February 28, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record